NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD P. BERNAICHE,                    )
                                        )
                Appellant,              )
                                        )
v.                                      )               Case No. 2D18-1847
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____    )

Opinion filed April 10, 2019

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Donald P. Bernaiche, pro se.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and MORRIS and SMITH, JJ., Concur.